# RECONSIDERATION DOCKET

**98–190.   Estate of Weitzel v. Cuyahoga Falls.**
Portage App. No. 97–P–0036. Reported at 87 Ohio St.3d 200, 718 N.E.2d 921. On motion for reconsideration. Motion denied.
    MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–1040.   State ex rel. Leyendecker v. Duro Test Corp.**
Franklin App. No. 96APD08–1006. Reported at 87 Ohio St.3d 237, 719 N.E.2d 528. On motion for reconsideration. Motion denied.

**99–956.   State ex rel. Bruggeman v. Auglaize Cty. Court of Common Pleas.**
Auglaize App. No. 2–99–7. Reported at 87 Ohio St.3d 257, 719 N.E.2d 543. On motion for reconsideration. Motion denied.

**99–1313.   Evans v. Klaeger.**
Franklin App. No. 99AP–297. Reported at 87 Ohio St.3d 260, 719 N.E.2d 546. On motion for reconsideration. Motion denied.

**99–1621.   State v. Reed.**
Lucas App. No. L–98–1367. Reported at 87 Ohio St.3d 1450, 719 N.E.2d 966. On motion for reconsideration. Motion denied.
    RESNICK, J., not participating.

**99–1696.   Mun. Micro Computer Sys., Inc. v. Madonia.**
Cuyahoga App. No. 76380. Reported at 87 Ohio St.3d 1451, 719 N.E.2d 967. On motion for reconsideration. Motion denied.

**99–1802.   Agostinelli v. DeBartolo Realty Corp.**
Mahoning App. No. 97CA227. Reported at 87 Ohio St.3d 1453, 719 N.E.2d 969. On motion for reconsideration. Motion denied.
    PFEIFER, J., dissents.

**99–1984.   State v. Cool.**
Summit App. No. 19329. Reported at 87 Ohio St.3d 1445, 719 N.E.2d 554. On motion for reconsideration. Motion denied.
    LUNDBERG STRATTON, J., dissents.